DAVID R. JOHNSON
djohnson@wthf.com
Nevada Bar No. 6696
JARED M. SECHRIST
jsechris@wthf.com
Nevada Bar No. 10439
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
3993 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Telephone:   702-789-3100
Facsimile:   702-822-2650

JAMES DIWIK (CA STATE BAR NO. 164016)
james.diwik@sedgwicklaw.com
BENJAMIN R. EHRHART
(CA STATE BAR NO. 241483)
benjamin.ehrhart@sedgwicklaw.com
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104
Telephone:   415.781.7900
Facsimile:   415.781.2635

Attorneys for Plaintiff
First National Insurance Company of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MAXIM CONSTRUCTION, INC. dba Nevada Maxim Construction, Incorporated, a Nevada Corporation; ROBERT F. SCHMITT, an individual; MARGARET GENEVIEVE SCHMITT, an individual,<br><br>              Defendants. | CASE NO.: 3:11-cv-00715<br><br>**NOTICE OF ENTRY OF JUDGMENT** |

PLEASE TAKE NOTICE that a Judgment was entered in the above-entitled matter on the

. . .

. . .

LASVEGAS 13808.1 103083.00024

1  12th day of December, 2012.  A copy of said Judgment is attached hereto.

2

3  Dated: February ___, 2013.           WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

4

5                                                            _____
                                                              DAVID R. JOHNSON
6                                                             djohnson@wthf.com
                                                              Nevada Bar No. 6696
7                                                             JARED SECHRIST
                                                              jsechris@wthf.com
8                                                             Nevada Bar No. 10439
                                                              3993 Howard Hughes Parkway, Suite 400
                                                              Las Vegas, Nevada  89169

9                                                             Attorneys for Plaintiff
                                                              First National Insurance Company of America

## PROOF OF SERVICE

I am a citizen of the United States and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3993 Howard Hughes Parkway, Suite 400, Las Vegas, Nevada 89169. On February 27, 2013, I served a copy of the within document(s):

**NOTICE OF ENTRY OF JUDGMENT**

- [ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- [x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Las Vegas, Nevada addressed as set forth below.

- [ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

- [ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- [ ] by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Margaret Genevieve Schmitt  
1723 Railroad Drive  
Carson City, NV

Robert Schmitt  
1723 Railroad Drive  
Carson City, NV

Maxim Construction, Inc. d/b/a Nevada Maxim Construction, Inc.  
c/o Robert Schmitt  
1723 Railroad Drive  
Carson City, NV

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LASVEGAS 13808.1 103083.00024                                        - 3 -

1  I declare under penalty of perjury under the laws of the State of Nevada that the above is
2  true and correct.
3  Executed on February 27, 2013, at Las Vegas, Nevada.

                     */s/ Sarah Quosada*

                     An Employee of Watt, Tieder, Hoffar & Fitzgerald, LLP

# EXHIBIT 1

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

FIRST NATIONAL INSURANCE
COMPANY OF AMERICA,

      Plaintiff,                    JUDGMENT IN A CIVIL CASE

V.

                                     CASE NUMBER: **3:11-cv-0715-LRH-VPC**

MAXIM CONSTRUCTION, INC., *et al.*,

      Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment (#15) is GRANTED.

     **JUDGMENT IS ENTERED** against defendants Maxim Construction, Robert Schmitt, and Margaret Schmitt and in favor of plaintiff First National Insurance Company of America in the amount of $1,045,282.00.

| | |
|---|---|
| December 12, 2012 | **LANCE S. WILSON**<br>Clerk |
| | /s/ Jennifer Cotter<br>Deputy Clerk |