1  DAVID R. JOHNSON (STATE BAR NO. 6696)
   djohnson@wthf.com
2  JARED M. SECHRIST (STATE BAR NO. 10439)
   jsechrist@wthf.com
3  WATT, TIEDER, HOFFAR & FITZGERALD, LLP
   3993 Howard Hughes Parkway, Suite 400
4  Las Vegas, NV 89169
   Telephone:   702.789.3100
5  Facsimile:   702.822.2650

6  JAMES DIWIK (ADMITTED PRO HAC VICE)
   james.diwik@sedgwicklaw.com
7  BENJAMIN EHRHART (ADMITTED PRO HAC VICE)
   benjamin.ehrhart@sedgwicklaw.com
8  SEDGWICK LLP
   333 Bush Street, 30th Floor
9  San Francisco, CA  94104
   Telephone:   415.781.7900
10 Facsimile:   415.781.2635

11 *By Pro Hac Vice*

12 Attorneys for Plaintiff First National
   Insurance Company of America

13

14              UNITED STATES DISTRICT COURT

15              DISTRICT OF NEVADA - RENO

16 FIRST NATIONAL INSURANCE            Case No. 3:11-cv-00715
   COMPANY OF AMERICA,
17
              Plaintiff,               [PROPOSED] ORDER FOR
18                                     APPEARANCE AND EXAMINATION OF
       v.                              JUDGMENT DEBTOR ROBERT
19                                     SCHMITT
   MAXIM CONSTRUCTION, INC. DBA
20 NEVADA MAXIM CONSTRUCTION, INC.,
   a Nevada Corporation; ROBERT F. SCHMITT,
21 an individual; MARGARET GENEVIEVE
   SCHMITT, an individual,
22
              Defendants.
23

24
25
26
27
28

SF/3706612v1

1
[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT
                    DEBTOR ROBERT SCHMITT

1  Presently before the court is the ex parte application for an order requiring examination of
2  defendant/judgment debtor Robert Schmitt filed by plaintiff/judgment creditor First National
3  Insurance Company of America (the "Judgment Creditor").[1]
4  Having concluded that the Judgment Creditor's application makes the showing required
5  by Rule 69(a)(2) of the Federal Rules of Civil Procedure and Nevada Revised Statute section
6  21.270, the court orders as follows:
7  Robert Schmitt shall personally appear on **March 29, 2013 at 9:00 a.m.** at the Holiday
8  Inn Express, 4055 North Carson Street, Carson City, Nevada 89706 to answer questions to aid in
9  enforcement of the Judgment Creditor's judgment against him.
10  Further, pursuant to Rules 30(b)(2) and 69(a)(1)(2) of the Federal Rules of Civil
11  Procedure, Robert Schmitt shall produce at the deposition on the Examination Date the
12  documents listed in **Attachment 1** of the Judgment Creditor's ex parte application, which shall
13  be served with this order on Robert Schmitt.

**IT IS SO ORDERED.**

DATED this 7th day of March, 2013

_Valerie P. Cooke_
United States Magistrate Judge

---

[1] This matter proceeds before the undersigned pursuant to United States District Court, District of Nevada Local Rule 7-5 and 28 U.S.C. section 636(b)(1).

2
[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR ROBERT SCHMITT